**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No: 8:15-bk 12222-KRM

In Re:                                                    Chapter 13

TIFFANY DAWN SCIARRINO

_____/

**REPORT OF UNCLAIMED FUNDS**

After making distributions of monies received in this case, the Chapter 13 Standing Trustee states that all checks issued prior to February 24, 2017, have cleared with exception of the following:

| Check Number | Amount | Claimant Name & Address |
|---|---|---|
| 109579 | $2,176.11 | Tiffany Dawn Sciarrino<br>c/o Law Offices of Robert M. Geller, PA<br>807 W. Azeele Street<br>Tampa, FL 33606 |

Pursuant to the provisions of 11 U.S.C. Section 347, the Trustee submits these funds totaling $2,176.11 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

Dated: May 3, 2017.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
P.O. Box 6099
Sun City Center, FL 33571-6099
Phone (813) 658-1165
Fax (813) 658-1166

Cc: Clerk, U.S. Bankruptcy Court/Court Registry